| | |
|---|---|
| MICHAEL E. BREWER, Bar No. 177912<br>mbrewer@littler.com<br>ALEXA L. WOERNER, Bar No. 267609<br>awoerner@littler.com<br>LITTLER MENDELSON, P.C.<br>Treat Towers<br>1255 Treat Boulevard, Suite 600<br>Walnut Creek, California  94597<br>Telephone:     925.932.2468<br>Facsimile:      925.946.9809<br><br>**Attorneys for Defendant**<br>**ACTIONLINK, L.L.C.** | JULIAN A. HAMMOND, Bar No. 268489<br>Hammond.julian@gmail.com<br>HAMMOND LAW PC<br>1180 S. Beverly Dr., Ste. 610<br>Los Angeles, CA 90035<br>Telephone:     310.601.6766<br>Facsimile:      310.295.2385<br><br>CRAIG J. ACKERMANN, Bar No. 229832<br>cja@ackermanntilajef.com<br>ACKERMANN & TILAJEF, PC<br>1180 S. Beverly Dr., Ste. 610<br>Los Angeles, CA 90035<br>Telephone:     310.277.0614<br>Facsimile:      310.277.0635<br><br>**Attorneys for Plaintiffs**<br>**CATHLENE CHEUNG, JEFF KOENIG,**<br>**CHRISTIAN SANTOS, and SCOTT**<br>**SOBCZAK, individually and on behalf of**<br>**all others similarly situated** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHLENE CHEUNG, JEFF KOENIG, CHRISTIAN SANTOS, and SCOTT SOBCZAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIONLINK, L.L.C., an Ohio Limited Liability Corporation,<br><br>Defendant. | Case No.  C13-01931-SI<br><br>**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 17, 2014;** [~~PROPOSED~~] **ORDER** |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. C13-01931-SI)

STIPULATION RE CONTINUANCE OF CASE MGMT CONFERENCE SCHEDULED FOR JANUARY 17, 2014; [PROPOSED] ORDER THEREON

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

Defendant ACTIONLINK LLC ("Defendant") and Plaintiffs CATHLENE CHEUNG, JEFF KOENIG, CHRISTIAN SANTOS, and SCOTT SOBCZAK, individually and on behalf of all others similarly situated ("Plaintiffs"), (collectively "the Parties"), by and through their attorneys of record, stipulate as follows:

WHEREAS, a further Case Management Conference is currently scheduled for January 17, 2014 at 3:00 p.m. before the Honorable Susan Illston located in Courtroom 10, 19th Floor of the above-entitled Court; and

WHEREAS, current counsel for Defendant ACTIONLINK LLC has a calendar conflict on January 17, 2014; and

WHEREAS, counsel for Defendant ACTIONLINK LLC has filed a motion to be relieved as counsel of record for Defendant ACTIONLINK LLC which is on calendar for a hearing on January 24, 2014; and

WHEREAS, the Parties jointly agree and stipulate that a one week continuance of the Case Management Conference to January 24, 2014, at 3:00 p.m. will not prejudice either party, will accommodate defense counsel's schedule conflict and will consolidate multiple hearings in this matter to the same date, thereby creating additional efficiency,

IT IS NOW HEREBY STIPULATED AND AGREED that:

The Parties jointly request that the Case Management Conference scheduled for January 17, 2014, be continued until January 24, 2014 at 3:00 p.m., or to another date thereafter that is convenient to the Court.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. C13-01931-SI)   2.   STIPULATION RE CONTINUANCE OF CASE MGMT CONFERENCE SCHEDULED FOR JANUARY 17, 2014; [PROPOSED] ORDER THEREON

Dated: December 17, 2013

_____
MICHAEL E. BREWER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ACTIONLINK LLC

Dated: December 17, 2013

_____
JULIAN A. HAMMOND
HAMMOND LAW PC
CRAIG J. ACKERMANN
ACKERMANN & TILAJEF, PC
Attorneys for Plaintiffs, CATHLENE CHEUNG, JEFF KOENIG, CHRISTIAN SANTOS, and SCOTT SOBCZAK, individually and on behalf of all others similarly situated

### [PROPOSED] ORDER ON STIPULATION

Having reviewed the foregoing Stipulation and Order for Continuance of Case Management Conference, and PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

The Case Management Conference scheduled for January 17, 2014 be and hereby is continued until January 24, 2014 at 3:00 p.m., before the Honorable Susan Illston located in Courtroom 10, 19th Floor of the above-entitled Court.

Dated: 12/18/13

_____
HON. SUSAN ILLSTON

Firmwide:124629379.1 050007.1007

(CASE NO. C13-01931-SI)   3.   STIPULATION RE CONTINUANCE OF CASE MGMT CONFERENCE SCHEDULED FOR JANUARY 17, 2014; [PROPOSED] ORDER THEREON

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468