1  TUCKER ELLIS LLP
   Robert A. Cutbirth SBN 131279
2  robert.cutbirth@tuckerellis.com
   One Market Plaza
3  Steuart Tower, Suite 700
   San Francisco, CA 94105
4  Telephone:    415.617.2400
   Facsimile:    415.617.2409
5
   Attorneys for Defendant
6  ACTIONLINK, L.L.C.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CATHLENE CHEUNG, JEFF KOENIG,           ) Case No. 3:13-cv-01931-SI
   CHRISTIAN SANTOS, and SCOTT             )
12 SOBCZAK, individually and on behalf of all ) SUBSTITUTION OF ATTORNEY
   others similarly situated,              )
13                                         )
              Plaintiffs,                  )
14                                         )
       v.                                  )
15                                         )
   ACTIONLINK, L.L.C., an Ohio Limited     )
16 Liability Corporation                   )
                                           )
17            Defendant.                   )
                                           )
18

19     Defendant ActionLink, L.L.C. hereby substitutes as its counsel of record in this action:

20     Robert A. Cutbirth (Bar No. 131279) of TUCKER ELLIS LLP, One Market Plaza,

21 Steuart Tower, Suite 700, San Francisco, California 94104-3967, Telephone: (415) 617-2400,

22 Facsimile: (415) 617-2409, who solely assumes the role of counsel in this action, in place and

23 stead of,

24     Diane Marie O'Malley, SBN 139166, Dorothy S. Liu, SBN 196369, and Jennifer M.

25 Martinez, SBN 262081, of HANSON BRIDGETT LLP, 425 Market Street, 26th Floor, San

26 Francisco, California 94105, Telephone: (415) 777-3200, Facsimile: (415) 541-9366, who, upon

27 the Court's confirmation of this Substitution, are hereby released from all further responsibility

28 in this action.

SUBSTITUTION OF ATTORNEY

353850.1

| | | |
|---|---|---|
| 1 | Dated: **11·20·14** | ActionLink, LLC |
| 2 | | |
| 3 | | |
| 4 | | By: *[signature]* |
| 5 | | Bruce Finn, President & CEO |

I consent to the above substitution.                HANSON BRIDGETT LLP

Dated: _____

By: _____
Diane Marie O'Malley
Former counsel for Defendant
ActionLink LLC

I am duly admitted to practice in this District; I hereby accept this substitution of counsel.

Dated: **11/19/14**                                  TUCKER ELLIS LLP

By: *[signature]*
Robert A. Cutbirth
New counsel for Defendant
ActionLink L.L.C.

**Substitution of Attorneys is hereby approved.**

Dated: 11/21/14

*[signature]*
The Honorable Susan Illston,
United States District Judge

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

```
 1   Dated: _____          ActionLink, LLC
 2
 3
 4                                          By: _____
 5                                          Bruce Finn, President & CEO
 6
 7
 8   I consent to the above substitution.   HANSON BRIDGETT LLP
 9
10   Dated: 11/20/14                        By: /s/ Diane Marie O'Malley
11                                          Diane Marie O'Malley
                                            Former counsel for Defendant
12                                          ActionLink LLC
13
14
     I am duly admitted to practice in this District; I hereby accept this substitution of counsel.
15
16   Dated: 11/19/14                        TUCKER ELLIS LLP
17
18                                          By: /s/ Robert A. Cutbirth
19                                          Robert A. Cutbirth
                                            New counsel for Defendant
20                                          ActionLink L.L.C.
21
22   **Substitution of Attorneys is hereby approved.**
23
24
25   Dated: _____
                                            The Honorable Susan Illston,
26                                          United States District Judge
27
28
```

2

SUBSTITUTION OF ATTORNEY

353850.1

*Cathlene Cheung v. ActionLink*

U.S.D.C – NORTHERN DISTRICT CALIFORNIA CASE NO. 3:13-cv-01931-SI

CERTIFICATE OF SERVICE

I, Anna Villanueva, certify and declare as follows:

I am over the age of 18 years and not a party to this action. I am employed by the law firm Tucker Ellis LLP, and my business address is One Market Plaza, Steuart Tower, Suite 700, San Francisco, California 94105, which is located in the city, county and state where the service described below took place. My email address is anna.villanueva@tuckerellis.com.

On the date indicated below, I served on all interested parties in this action a copy of

**SUBSTITUTION OF ATTORNEY**

[ X ]   by electronically serving the documents described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the PACER website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2014, at San Francisco, California.

Anna Villanueva

PROOF OF SERVICE

353850.1